## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE:  Cynthia Marie Youngstead | : |
| Debtor | : |
| Seterus, Inc., as the authorized subservicer for | :    Chapter    13 |
| Federal National Mortgage Association | : |
| ("Fannie Mae"), creditor c/o Seterus, Inc | :    Bankruptcy Number  14-21964 |
| v. | : |
| Cynthia Marie Youngstead | |
| and | |
| Ronda J. Winnecour | |

## ORDER

**AND NOW**, this     day of              , 2017, upon notice and hearing, it is hereby

**ORDERED AND DECREED THAT** the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the premises: 241 Lehigh Avenue, Shadyside, PA 15232, as to allow the Movant to take such actions with respect to the real property as are set forth under applicable non-bankruptcy law.  The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

 

_____
United States Bankruptcy Judge

Copies to:
Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018

Cynthia Marie Youngstead
241 Lehigh Avenue
Shadyside, PA 15232

Paul McElrath, Jr.
432 Boulevard of the Allies
Pittsburgh, PA 15219

Ronda J. Winnecour
600 Grant Street
Suite 3250, US Tower
Pittsburgh, PA 15219