39889/14-21964

## IN THE UNITED STATES BANKRUPTCY COURT

## OF WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE:CYNTHIA MARIE YOUNGSTEAD : | |
| DEBTOR(S) : | BKY NO. 14-21964 |
| SETERUS, INC., AS THE AUTHORIZED : | |
| SUBSERVICER FOR FEDERAL NATIONAL : | CHAPTER 13 |
| MORTGAGE ASSOCIATION ("FANNIE MAE"), : | |
| CREDITOR C/O SETERUS, INC : | |
| MOVANT | |
| CYNTHIA MARIE YOUNGSTEAD | |
| RONDA J. WINNECOUR | |
| RESPONDENTS | |

### CERTIFICATION OF NO RESPONSE BEING FILED

**JENIECE D. DAVIS, ESQUIRE, OF THE LAW OFFICES OF MARTHA E. VON ROSENSTIEL, P.C**

attorney for Seterus, Inc., servicer for Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc the Movant herein, hereby certifies that no response has been filed to the foregoing Motion for Relief from Stay under Section 362(d) of the Bankruptcy Code of 1978.

**/s/Jeniece D. Davis**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue**
**Secane, PA 19018**
**Attorney ID 208967**
**Jeniece@mvrlaw.com**

Date: 3/20/2017
Paul McElrath, Jr.,Electronic Service
432 Boulevard of the Allies
Pittsburgh, PA  15219

Cynthia Marie Youngstead
241 Lehigh Avenue
Shadyside PA 15232

Ronda J. Winnecour, Electronic Service
600 Grant Street
Suite 3250, US Tower
Pittsburgh, PA 15219