**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 14-21964-CMB |
| | : | |
| Cynthia Marie Youngstead, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Zeke Porter, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the **Order Dated June 20, 2018, Notice of Proposed Modification to Confirmed Plan, Amended Plan Dated August 3, 2018 and Documentary Proof of Payment** on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: August 3, 2018

By:    /s/ Zeke Porter
    Zeke Porter, Paralegal
    McElrath Legal Holdings, LLC
    1641 Saw Mill Run Boulevard
    Pittsburgh, PA 15210
    Tel: 412.765.3606
    Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Trustee**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Service by First-Class Mail**

Cynthia Marie Youngstead
241 Lehigh Avenue
Pittsburgh, PA 15232

Allegheny Clinic
PO Box 848659
Boston, MA 02284

Allianceone Receivable
4850 E Street Rd Ste 300
Trevose, PA 19053

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801

Chase
Po Box 15298
Wilmington, DE 19850

Comenity Capital/Hsn
995 W 122nd Ave
Westminster, CO 80234

Comenitybank/Talbots
Po Box 182120
Columbus, OH 43218

Commonwealth of PA
Department of Revenue
Bankruptcy Division
POB 280946
Harrisburg, PA 17128

Credit Coll/Usa
16 Distributor Dr Ste 1
Morgantown, WV 26501

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
225 North Shore Drive
Second Floor
Pittsburgh, PA 15212

Federal National Mortgage Associatoin
PO Box 2008
Grand Rapids, MI 49501-2008

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Internal Revenue Service
William S. Moorehead Federal Building
1000 Liberty Avenue
Room 727
Pittsburgh, PA 15222

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
P.O. Box 21125

Philadelphia, PA 19114

Jeffrey R. Hunt, Esquire
Goehring, Rutter & Boehm
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Mario J. Hanyon, Esquire
Phelan Hallinan LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

Marriott Ownership
1200 Us Highway 98 S Ste
Lakeland, FL 33801

Pnc Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009

Qualicare Home Medical
PO Box 33842
North Royalton, OH 44133

Qualicare Home Medical
30 Buttermilk Hollow Rd,
Irwin, PA 15642

Rotech Healthcare, Inc.
PO Box 3112
Southeastern, PA 19398

Rotech Healthcare, Inc.
2600 Technology Drive
Suite 300
Orlando, FL 32804

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117

Td Bank Usa/Targetcred
Po Box 673
Minneapolis, MN 55440

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117

West Penn Allegheny Health System
Allegheny General Hospital
320 East North Ave

Pittsburgh, PA 15212

Western Pennsylvania Hospital
4800 Friendship Avenue
Pittsburgh, PA 15224