LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-21964-CMB |
| **Cynthia Marie Youngstead,** | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | Related to Docket No. 133 |
| **McElrath Legal Holdings, LLC,** | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | July 24, 2019 at 10:00 AM |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents Cynthia Marie Youngstead.
2. This is (check one)
      __X__ a final application
      _____ an interim application
   for the period April 25, 2013 to June 19, 2019
3. Previous retainer paid to Applicant: $500.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $5,250.00.
5. Applicant requests additional:
   Compensation of $1,054.50 for Total Compensation of $6,304.50
   Total Expenses Used $ 500.00.
6. A hearing on the Application will be held in Courtroom "B," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 at 10:00 a.m., on July 24, 2019.
7. Any written objections must be filed with the Court and served on the Applicant on or before July 8, 2019 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: June 19, 2019                    Applicant or Attorney for Applicant:

                                                     /s/ Paul W. McElrath
                                                     Paul W. McElrath, Esquire
                                                     PA I.D. # 86220
                                                     McElrath Legal Holdings, LLC
                                                     1641 Saw Mill Run Boulevard
                                                     Pittsburgh, PA  15210
                                                     Tel: 412.765.3606