Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Cynthia Marie Youngstead**
Debtor(s)

Bankruptcy Case No.: 14−21964−CMB
Related to Doc. No. 140
Chapter: 13
Docket No.: 141 − 140

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of July, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/16/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/11/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/16/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-21964-CMB
Cynthia Marie Youngstead                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 3              Date Rcvd: Jul 30, 2019
                              Form ID: 408            Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
```
db              +Cynthia Marie Youngstead,    241 Lehigh Avenue,    Pittsburgh, PA 15232-1725
cr              +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr              +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
cr              +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                  51 East Bethpage Road,    Plainview, NY 11803-4224
13853021       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: A H F C,    201 Little Falls Drive,    Wilmington, DE 19808)
13867256        +Allegheny Clinic,    PO Box 848659,    Boston, MA 02284-8659
13853023       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13921794        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13904339       +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-09-01-23,    400 National Way,
                  Simi Valley, CA 93065-6414
13853026        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13853028        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13853033        +Contl Auto Rec/Sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13953474        Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13853042        +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13853043        +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
13856814        +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13911831        +Peoples Natural Gas Co LLC, Equitable Division,    375 North Shore Drive, Suite 600,
                  Pittsburgh, PA 15212-5866
13892388        +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                  437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13853048        +Pnc Bank,    P.O.Box 500/K-A16-2j,    Portage, MI 49081-0500
13853049        +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13853050        +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13867273        +Qualicare Home Medical,    PO Box 33842,    North Royalton, OH 44133-0842
13853051        +Rbs Citizens Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13867275        +Rotech Healthcare, Inc.,    PO Box 3112,    Southeastern, PA 19398-3112
13867276        #+Rotech Healthcare, Inc.,    2600 Technology Drive,    Suite 300,    Orlando, FL 32804-8022
13853052        +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13853053         Sunoco/Cit,    Po Box 6033,    Hagerstown, MD 21747
13853054        +Talbots,    175 Beal St,    Hingham, MA 02043-1512
13853055        +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13853056        +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13881911        +Treasurer, City of Pittsburgh Dept. of Finance,    414 Grant Street,    Pittsburgh, PA 15219-2419,
                  ATTN: Julie M. McLaughlin
13853057        +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13867280        +West Penn Allegheny Health System,    Allegheny General Hospital,    320 East North Ave,
                  Pittsburgh, PA 15212-4772
13867281        +Western Pennsylvania Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13886132        +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     ALTAIR OH XIII, LLC,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853022        +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 31 2019 03:20:46
                  Allianceone Receivable,    4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
13876858        +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     CERASTES, LLC,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853027         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:08     Cb/Anntylr,
                  Po Box 182273,    Columbus, OH 43218-2273
13853029        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:08     Comenity Bank/Anntylr,
                  Po Box 182273,    Columbus, OH 43218-2273
13853030        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:08     Comenity Capital/Hsn,
                  995 W 122nd Ave,    Westminster, CO 80234-3417
13853031        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:08     Comenitybank/Talbots,
                  Po Box 182120,    Columbus, OH 43218-2120
13853032        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 03:21:46     Commonwealth of PA,
                  Department of Revenue,    Bankruptcy Division,    POB 280946,    Harrisburg, PA 17128-0946
13853034        +E-mail/Text: ccusa@ccuhome.com Jul 31 2019 03:20:44     Credit Coll/Usa,
                  16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
13869928         E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13853035        +E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46     Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
13853037        +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2019 03:20:46     G M A C,    Po Box 535160,
                  Pittsburgh, PA 15253-5160
13853038        +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:03     Gecrb/Jc Penney Dc,
                  Po Box 965007,    Orlando, FL 32896-5007
13853039         E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:29     Gecrb/Jcp,    Po Box 984100,
                  El Paso, TX 79998
```

```
District/off: 0315-2          User: dric                 Page 2 of 3                   Date Rcvd: Jul 30, 2019
                              Form ID: 408               Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13853040       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:28      Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13853041       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:03      Gecrb/Ritz Camera,
                 Po Box 981439,   El Paso, TX 79998-1439
13853046        E-mail/Text: cio.bncmail@irs.gov Jul 31 2019 03:20:56      Internal Revenue Service,
                 P.O. Box 21125,   Philadelphia, PA 19114
13867271       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 31 2019 03:22:06      Marriott Ownership,
                 1200 Us Highway 98 S Ste,   Lakeland, FL 33801-5901
13853047       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 31 2019 03:22:06      Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,   Lakeland, FL 33801-5901
13871379        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:31
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13871398        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:31
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
14243197        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:31
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13856477       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Pittsburgh Water & Sewer Authority
cr             Seterus, Inc., as the authorized subservicer for F
13853036       Exxmblciti
cr*            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13867257*     +Allianceone Receivable,   4850 E Street Rd Ste 300,   Trevose, PA 19053-6643
13867258*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13853025*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13867259*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13867260*     +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
13867261*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13867262*     +Comenity Capital/Hsn,   995 W 122nd Ave,   Westminster, CO 80234-3417
13867263*     +Comenitybank/Talbots,   Po Box 182120,   Columbus, OH 43218-2120
13867264*     +Commonwealth of PA,   Department of Revenue,   Bankruptcy Division,   POB 280946,
                 Harrisburg, PA 17128-0946
13867265*     +Credit Coll/Usa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
13867266*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13867267*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13867270*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   P.O. Box 21125,
                 Philadelphia, PA 19114)
13853044*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
13867268*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
13853045*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13867269*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13867272*     +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13867277*     +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13867278*     +Td Bank Usa/Targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13867279*     +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13853024     ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13867274     ##+Qualicare Home Medical,   30 Buttermilk Hollow Rd,,   Irwin, PA 15642-2402
                                                                                 TOTALS: 4, * 22, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dric                 Page 3 of 3                   Date Rcvd: Jul 30, 2019
                              Form ID: 408               Total Noticed: 57
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Jerome B. Blank     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Mario J. Hanyon     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Cynthia Marie Youngstead ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```