**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CYNTHIA MARIE YOUNGSTEAD | Case No.:14-21964

       Debtor(s) | Chapter 13

Ronda J. Winnecour | Document No.:
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/13/2014  and confirmed on 7/7/14 .  The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,026.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,026.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 739.72 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,739.72 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FEDERAL NATIONAL MORTGAGE ASSN+ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4050 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4042 | | | | |
| MARRIOTT OWNERSHIP RESORTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9227 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: K194 | | | | |
| * * * N O N E * * * | | | | |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CYNTHIA MARIE YOUNGSTEAD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-17 | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 250.00 | 250.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX9-19 | | | | |
| PA DEPARTMENT OF REVENUE* | 700.00 | 700.00 | 0.00 | 700.00 |
|   Acct: 8640 | | | | |
| INTERNAL REVENUE SERVICE* | 3,122.40 | 3,122.40 | 0.00 | 3,122.40 |
|   Acct: 8640 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4042 | | | | |
| | | | | 3,822.40 |
| **Unsecured** | | | | |
| ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4984 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7951 | | | | |
| CERASTES LLC | 6,206.52 | 1,284.10 | 0.00 | 1,284.10 |

14-21964

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1925 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3568 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 454.74 | 94.09 | 0.00 | 94.09 |
| Acct: 7277 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 504.14 | 104.31 | 0.00 | 104.31 |
| Acct: 9829 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4901 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5401 | | | | |
| DISCOVER BANK(*) | 9,709.81 | 2,008.92 | 0.00 | 2,008.92 |
| Acct: 0665 | | | | |
| PNC BANK NA | 11,163.52 | 2,309.68 | 0.00 | 2,309.68 |
| Acct: 2051 | | | | |
| QUALICARE HOME MEDICAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROTECH HEALTHCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 5,626.94 | 1,164.19 | 0.00 | 1,164.19 |
| Acct: 0881 | | | | |
| ALTAIR OH XIII LLC | 6,082.26 | 1,258.39 | 0.00 | 1,258.39 |
| Acct: 3548 | | | | |
| WEST PENN ALLEGHENY HEALTH SYSTI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTERN PENNSYLVANIA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 661.70 | 136.91 | 0.00 | 136.91 |
| Acct: 8640 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUIT | 40.76 | 8.43 | 0.00 | 8.43 |
| Acct: 8378 | | | | |
| CITY OF PITTSBURGH (EIT)** | 458.49 | 94.86 | 0.00 | 94.86 |
| Acct: 2515 | | | | |
| HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2104 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1173 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,463.88 |

TOTAL PAID TO CREDITORS                                                              12,286.28

| TOTAL | |
|---|---|
| CLAIMED | 3,822.40 |
| PRIORITY | 0.00 |
| SECURED | 40,908.88 |

Date: 07/29/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CYNTHIA MARIE YOUNGSTEAD

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:14-21964

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                              BY THE COURT:

                              _____

                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21964-CMB
Cynthia Marie Youngstead                                                  Chapter 13
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 3            Date Rcvd: Jul 30, 2019
                             Form ID: pdf900          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db         +Cynthia Marie Youngstead,    241 Lehigh Avenue,    Pittsburgh, PA 15232-1725
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
            Pittsburgh, PA 15212-5860
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
            51 East Bethpage Road,    Plainview, NY 11803-4224
13853021   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court: A H F C,    201 Little Falls Drive,    Wilmington, DE 19808)
13867256   +Allegheny Clinic,    PO Box 848659,    Boston, MA 02284-8659
13853023   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13921794    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13904339   +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-09-01-23,    400 National Way,
            Simi Valley, CA 93065-6414
13853026   +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13853028   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13853033   +Contl Auto Rec/Sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13953474    Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13853042   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13853043   +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
13856814   +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13911831   +Peoples Natural Gas Co LLC, Equitable Division,    375 North Shore Drive, Suite 600,
            Pittsburgh, PA 15212-5866
13892388   +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
            437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13853048   +Pnc Bank,    P.O.Box 500/K-A16-2j,    Portage, MI 49081-0500
13853049   +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13853050   +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13867273   +Qualicare Home Medical,    PO Box 33842,    North Royalton, OH 44133-0842
13853051   +Rbs Citizens Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13867275   +Rotech Healthcare, Inc.,    PO Box 3112,    Southeastern, PA 19398-3112
13867276   #+Rotech Healthcare, Inc.,    2600 Technology Drive,    Suite 300,    Orlando, FL 32804-8022
13853052   +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13853053    Sunoco/Cit,    Po Box 6033,    Hagerstown, MD 21747
13853054   +Talbots,    175 Beal St,    Hingham, MA 02043-1512
13853055   +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13853056   +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13881911   +Treasurer, City of Pittsburgh Dept. of Finance,    414 Grant Street,    Pittsburgh, PA 15219-2419,
            ATTN: Julie M. McLaughlin
13853057   +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13867280   +West Penn Allegheny Health System,    Allegheny General Hospital,    320 East North Ave,
            Pittsburgh, PA 15212-4772
13867281   +Western Pennsylvania Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13886132   +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     ALTAIR OH XIII, LLC,
            C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853022   +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 31 2019 03:20:46
            Allianceone Receivable,    4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
13876858   +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     CERASTES, LLC,
            C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853027    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:09     Cb/Anntylr,
            Po Box 182273,    Columbus, OH 43218-2273
13853029    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:09     Comenity Bank/Anntylr,
            Po Box 182273,    Columbus, OH 43218-2273
13853030    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:09     Comenity Capital/Hsn,
            995 W 122nd Ave,    Westminster, CO 80234-3417
13853031    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:09     Comenitybank/Talbots,
            Po Box 182120,    Columbus, OH 43218-2120
13853032   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 03:21:47     Commonwealth of PA,
            Department of Revenue,    Bankruptcy Division,    POB 280946,    Harrisburg, PA 17128-0946
13853034   +E-mail/Text: ccusa@ccuhome.com Jul 31 2019 03:20:44     Credit Coll/Usa,
            16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
13869928    E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46     Discover Bank,
            DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13853035   +E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46     Discover Fin Svcs Llc,
            Po Box 15316,    Wilmington, DE 19850-5316
13853037   +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2019 03:20:46     G M A C,    Po Box 535160,
            Pittsburgh, PA 15253-5160
13853038   +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:03     Gecrb/Jc Penney Dc,
            Po Box 965007,    Orlando, FL 32896-5007
13853039    E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:04     Gecrb/Jcp,    Po Box 984100,
            El Paso, TX 79998

```
District/off: 0315-2          User: dric           Page 2 of 3              Date Rcvd: Jul 30, 2019
                             Form ID: pdf900       Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13853040       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:29      Gecrb/Lowes,   Po Box 965005,
                Orlando, FL 32896-5005
13853041       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:24:18      Gecrb/Ritz Camera,
                Po Box 981439,   El Paso, TX 79998-1439
13853046        E-mail/Text: cio.bncmail@irs.gov Jul 31 2019 03:20:57      Internal Revenue Service,
                P.O. Box 21125,   Philadelphia, PA 19114
13867271       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 31 2019 03:22:06      Marriott Ownership,
                1200 Us Highway 98 S Ste,   Lakeland, FL 33801-5901
13853047       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 31 2019 03:22:06      Marriott Ownership Res,
                1200 Us Highway 98 S Ste,   Lakeland, FL 33801-5901
13871379        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:31
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13871398        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:31
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
14243197        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:32
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13856477       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27      TD BANK USA, N.A.,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Pittsburgh Water & Sewer Authority
cr              Seterus, Inc., as the authorized subservicer for F
13853036        Exxmblciti
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13867257*      +Allianceone Receivable,   4850 E Street Rd Ste 300,   Trevose, PA 19053-6643
13867258*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13853025*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.A.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13867259*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.A.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13867260*      +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
13867261*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13867262*      +Comenity Capital/Hsn,   995 W 122nd Ave,   Westminster, CO 80234-3417
13867263*      +Comenitybank/Talbots,   Po Box 182120,   Columbus, OH 43218-2120
13867264*      +Commonwealth of PA,   Department of Revenue,   Bankruptcy Division,   POB 280946,
                Harrisburg, PA 17128-0946
13867265*      +Credit Coll/Usa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
13867266*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13867267*      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13867270*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   P.O. Box 21125,
                Philadelphia, PA 19114)
13853044*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                Room 727,   Pittsburgh, PA 15222-4107
13867268*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                Room 727,   Pittsburgh, PA 15222-4107
13853045*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13867269*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13867272*      +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13867277*      +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13867278*      +Td Bank Usa/Targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13867279*      +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13853024      ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13867274      ##+Qualicare Home Medical,   30 Buttermilk Hollow Rd,,   Irwin, PA 15642-2402
                                                                          TOTALS: 4, * 22, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dric              Page 3 of 3              Date Rcvd: Jul 30, 2019
                              Form ID: pdf900         Total Noticed: 57
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           jeniece@mvrlaw.com,   bonnie@mvrlaw.com
          Jeremy J. Kobeski    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Cynthia Marie Youngstead ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 11
```