**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cynthia Marie Youngstead** | Social Security number or ITIN  **xxx–xx–8640** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–21964–CMB**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cynthia Marie Youngstead

9/30/19                              **By the court:**    Carlota M. Bohm
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21964-CMB
Cynthia Marie Youngstead                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 3           Date Rcvd: Sep 30, 2019
                              Form ID: 3180W          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db             +Cynthia Marie Youngstead,    241 Lehigh Avenue,    Pittsburgh, PA 15232-1725
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13853021      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: A H F C,    201 Little Falls Drive,    Wilmington, DE 19808)
13867256       +Allegheny Clinic,    PO Box 848659,    Boston, MA 02284-8659
13921794        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13853033       +Contl Auto Rec/Sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13953474        Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13856814       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13911831       +Peoples Natural Gas Co LLC, Equitable Division,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13892388       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13853048       +Pnc Bank,    P.O.Box 500/K-A16-2j,    Portage, MI 49081-0500
13853049       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13853050       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13867273       +Qualicare Home Medical,    PO Box 33842,    North Royalton, OH 44133-0842
13853051       +Rbs Citizens Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13867275       +Rotech Healthcare, Inc.,    PO Box 3112,    Southeastern, PA 19398-3112
13853053        Sunoco/Cit,    Po Box 6033,    Hagerstown, MD 21747
13881911       +Treasurer, City of Pittsburgh Dept. of Finance,    414 Grant Street,    Pittsburgh, PA 15219-2419,
                 ATTN: Julie M. McLaughlin
13867280       +West Penn Allegheny Health System,    Allegheny General Hospital,    320 East North Ave,
                 Pittsburgh, PA 15212-4772
13867281       +Western Pennsylvania Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:09:09      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: BANKAMER.COM Oct 01 2019 07:38:00      BANK OF AMERICA, N.A.,    2380 Performance Dr.,
                 Richardson, TX 75082-4333
13886132       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853022       +E-mail/Text: kristin.villneauve@allianceoneinc.com Oct 01 2019 04:08:33
                 Allianceone Receivable,    4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
13853023        EDI: BANKAMER.COM Oct 01 2019 07:38:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
13853025        EDI: BANKAMER.COM Oct 01 2019 07:38:00      Bank Of America, N.A.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
13853024       +EDI: BANKAMER2.COM Oct 01 2019 07:38:00      Bank Of America,    Po Box 1598,
                 Norfolk, VA 23501-1598
13904339       +EDI: BANKAMER.COM Oct 01 2019 07:38:00      Bank of America, N.A.,    Attn: Bankruptcy Dept.,
                 Mail Stop CA6-09-01-23,    400 National Way,    Simi Valley, CA 93065-6414
13853026       +EDI: TSYS2.COM Oct 01 2019 07:38:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
13876858       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853027        EDI: WFNNB.COM Oct 01 2019 07:38:00      Cb/Anntylr,    Po Box 182273,    Columbus, OH 43218-2273
13853028       +EDI: CHASE.COM Oct 01 2019 07:38:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13853029       +EDI: WFNNB.COM Oct 01 2019 07:38:00      Comenity Bank/Anntylr,    Po Box 182273,
                 Columbus, OH 43218-2273
13853030       +EDI: WFNNB.COM Oct 01 2019 07:38:00      Comenity Capital/Hsn,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
13853031       +EDI: WFNNB.COM Oct 01 2019 07:38:00      Comenitybank/Talbots,    Po Box 182120,
                 Columbus, OH 43218-2120
13853032       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:09:09      Commonwealth of PA,
                 Department of Revenue,    Bankruptcy Division,    POB 280946,    Harrisburg, PA 17128-0946
13853034       +EDI: CCUSA.COM Oct 01 2019 07:38:00      Credit Coll/Usa,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
13869928        EDI: DISCOVER.COM Oct 01 2019 07:38:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13853035       +EDI: DISCOVER.COM Oct 01 2019 07:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
13853037       +EDI: GMACFS.COM Oct 01 2019 07:38:00      G M A C,    Po Box 535160,    Pittsburgh, PA 15253-5160
13853038       +EDI: RMSC.COM Oct 01 2019 07:38:00      Gecrb/Jc Penney Dc,    Po Box 965007,
                 Orlando, FL 32896-5007
13853039        EDI: RMSC.COM Oct 01 2019 07:38:00      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13853040       +EDI: RMSC.COM Oct 01 2019 07:38:00      Gecrb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
13853041       +EDI: RMSC.COM Oct 01 2019 07:38:00      Gecrb/Ritz Camera,    Po Box 981439,
                 El Paso, TX 79998-1439
```

```
District/off: 0315-2          User: culy                Page 2 of 3            Date Rcvd: Sep 30, 2019
                              Form ID: 3180W            Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13853042       +EDI: HFC.COM Oct 01 2019 07:38:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13853043       +EDI: HFC.COM Oct 01 2019 07:38:00      Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
13853046        EDI: IRS.COM Oct 01 2019 07:38:00      Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114
13867271       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Oct 01 2019 04:09:34      Marriott Ownership,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
13853047       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Oct 01 2019 04:09:34      Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
13871379        EDI: Q3G.COM Oct 01 2019 07:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13871398        EDI: Q3G.COM Oct 01 2019 07:38:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
14243197        EDI: Q3G.COM Oct 01 2019 07:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13853052       +EDI: SEARS.COM Oct 01 2019 07:38:00      Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13856477       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48       TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13853054       +EDI: WFNNB.COM Oct 01 2019 07:38:00      Talbots,    175 Beal St,    Hingham, MA 02043-1512
13853055       +EDI: WTRRNBANK.COM Oct 01 2019 07:38:00       Td Bank Usa/Targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
13853056       +EDI: CITICORP.COM Oct 01 2019 07:38:00      Thd/Cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
13853057       +EDI: TSYS2.COM Oct 01 2019 07:38:00      Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
                                                                                              TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Pittsburgh Water & Sewer Authority
cr             Seterus, Inc., as the authorized subservicer for F
13853036       Exxmblciti
cr*           +Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13867257*     +Allianceone Receivable,    4850 E Street Rd Ste 300,     Trevose, PA 19053-6643
13867258*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13867259*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13867260*     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13867261*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13867262*     +Comenity Capital/Hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
13867263*     +Comenitybank/Talbots,    Po Box 182120,    Columbus, OH 43218-2120
13867264*     +Commonwealth of PA,    Department of Revenue,    Bankruptcy Division,    POB 280946,
                 Harrisburg, PA 17128-0946
13867265*     +Credit Coll/Usa,    16 Distributor Dr Ste 1,     Morgantown, WV 26501-7209
13867266*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13867267*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13867270*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     P.O. Box 21125,
                 Philadelphia, PA 19114)
13853044*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
13867268*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
13853045*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13867269*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13867272*     +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13867277*     +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13867278*     +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13867279*     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13867274      ##+Qualicare Home Medical,    30 Buttermilk Hollow Rd,,    Irwin, PA 15642-2402
13867276      ##+Rotech Healthcare, Inc.,    2600 Technology Drive,    Suite 300,    Orlando, FL 32804-8022
                                                                                     TOTALS: 4, * 21, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2             User: culy                Page 3 of 3               Date Rcvd: Sep 30, 2019
                                 Form ID: 3180W            Total Noticed: 59
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Cynthia Marie Youngstead ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 11
```